FILED 11 MAY '11 15:18 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAN ANDREI CRETU,

    Petitioner,

  v.

STATE OF OREGON,

    Respondent.

Civil No. 11-506-RE

ORDER

REDDEN, Judge.

    IT IS ORDERED that Petitioner's Motion for Dismissal of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (#8) is GRANTED.

    IT IS SO ORDERED.

    DATED this 11th day of May, 2011.

                                 /s/ James A. Redden
                                 James A. Redden
                                 United States District Judge

1 - ORDER -